IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ELIZABETH M. H., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 3:23-CV-1762-L-BK |
| | § | |
| COMMISSIONER OF THE | § | |
| SOCIAL SECURITY ADMINISTRATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the court are Defendant's Unopposed Motion to Reverse and Remand ("Motion") (Doc. 23), filed March 4, 2024; and the Findings, Conclusions and Recommendation of the United States Magistrate Judge Renee Toliver ("Report") (Doc. 24), filed on March 5, 2024, recommending that the court grant the unopposed Motion. The court reviewed the Report and proposed findings, conclusions, and recommendation for plain error. Finding none, the court accepts the Report. Accordingly, the court **grants** the Defendant's Motion; **reverses** the Commissioner's decision in this action; and **remands** for further administrative proceedings. As required by Federal Rule of Civil Procedure 58, the court will issue a judgment by separate document.

**It is so ordered** this 6th day of March, 2024.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge

Order – Solo Page